NO. 07-01-0271-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

SEPTEMBER 4, 2001

______________________________

GUARDIANSHIP OF CHRISTOPHER TODD TONEY,

AN INCAPACITATED PERSON

_________________________________

FROM THE COUNTY COURT OF RANDALL COUNTY;

NO.  13,674; HONORABLE TED WOOD, JUDGE

_______________________________

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

Appellant Gloria Toney attempts to appeal an order dated June 21, 2001, removing her as guardian of Christopher Todd Toney.  Although appellant filed a notice of appeal, she has never paid the filing fee required pursuant to Rule 5 of the Texas Rules of Appellate Procedure.  Appellant filed an affidavit of indigence but, by order dated July 18, 2001, this court overruled her motion to prosecute this appeal as an indigent.  

On August 15, 2001, appellant was notified that if the filing fee was not paid by Monday, August 27, 2001, this appeal would be subject to dismissal.  
See
 Tex. R. App. P. 42.3.  Neither a response to that letter has been received nor has the filing fee been paid. 

Accordingly, the appeal is hereby dismissed.  

Per Curiam

Do not publish.